**Michael C. AGNEW (deceased), Respondent,**

v.

**AALCO WRECKING COMPANY, INC. and Granite State Insurance Company, Appellants.**

**No. ED 102393**

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: June 9, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied July 14, 2015

Application for Transfer Denied September 22, 2015

Allison Foley Stenger, Joseph A. Montecillo, 1505 S. Big Bend Blvd., St. Louis, MO 63117, Amy L. Zaroor, Co-counsel, 7539 Byron Place, 3W, St. Louis, MO 63105, For Respondent.

Mary Anne Lindsey, 211 N. Broadway, Suite 2500, St. Louis, MO 63102, For Appellants.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM.

AALCO Wrecking Company, Inc. and Granite State Insurance Company appeal from the Labor and Industrial Relations Commission's (Commission) decision awarding permanent and total disability benefits to the son of Michael C. Agnew as his dependent. We have reviewed the briefs of the parties and the record on

appeal and conclude that the Commission's decision is supported by sufficient competent and substantial evidence, and is not against the overwhelming weight of the evidence. *Hampton v. Big Boy Steel Erection*, 121 S.W.3d 220, 222–23 (Mo. banc 2003). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the decision pursuant to Missouri Rule of Civil Procedure 84.16(b).